■ STEWART GELLMAN, Respondent, v. WILLIE M. BROWN et al., Appellants.— Order of Erie County Court and order of Buffalo City Court unanimously reversed on the law and facts and a new trial granted, with costs to the appellants to abide the event, unless the plaintiff shall, within 10 days, stipulate to reduce the verdict to the sum of $3,000, as of the date of the rendition thereof. Memorandum: The verdict of the jury was excessive. (Appeal from order of Erie County Court affirming an order of Buffalo City Court which denied defendants' motion to set aside jury verdict as excessive.) Present — Bastow, J. P., Goldman, Henry, Noonan and Del Vecchio, JJ.

■ DOMINICK SANTUCCI, as Administrator of the Estate of LOUIS SANTUCCI, Deceased, Appellant, v. HOWARD L. WOOD, Respondent.— Judgment and order unanimously reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, unless the defendant shall, within 10 days, stipulate to increase the verdict to the sum of $11,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is, together with the order, affirmed, without costs of this appeal to either party. Memorandum: The verdict of the jury was inadequate. (Appeal from judgment of Monroe Trial Term, for plaintiff in an automobile negligence action; also appeal from order denying plaintiff's motion for a new trial.) Present — Williams, P. J., Bastow, Goldman, Henry and Noonan, JJ.

■ JOHN G. DI DIO, by His Guardian ad Litem, JOHN DI DIO, et al., Appellants, v. VINCENT WRIGHT, Respondent.—Judgment unanimously reversed on the law and facts and a new trial granted, with costs to the appellants to abide the event. Memorandum: The verdict of the jury is against the weight of the evidence. (Appeal from a judgment of Monroe Trial Term for defendant for no cause of action in a negligence action.) Present — Williams, P. J., Bastow, Goldman, Henry, and Del Vecchio, JJ.

■ In the Matter of VICTOR GILELS, Respondent, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Appellant.— Order unanimously reversed, without costs of this appeal to either party, and determination of the Commissioner of Motor Vehicles confirmed. Memorandum: The determination of the Commissioner of Motor Vehicles was supported by substantial evidence and it should not have been vacated. (Appeal from order of Jefferson Special Term annulling and canceling the order revoking petitioner's operator's license.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.

■ MAIN WATER, INC., Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 40203.) — Judgment unanimously modified on the law and facts in accordance with the Memorandum and as modified affirmed, with interest, without costs of this appeal to either party. Memorandum: The allowance of $21,740 for consequential damages finds no basis of fact or of law in the record. The amount of the judgment should be reduced accordingly. (Appeal from judgment of Court of Claims for claimant on a claim for permanent appropriation of realty.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.